■ Amber C. Blair et al., Appellants, v Allstate Indemnity Company, Respondent. (Appeal No. 1.) [997 NYS2d 644]—Appeal from an order of the Supreme Court, Chautauqua County (Deborah A. Chimes, J.), entered September 26, 2013. The order granted the motion of defendant for summary judgment and dismissed the amended complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ Brian Golebieski, Appellant, v City of Buffalo, Defendant, and Estate of David G. Jay, Esq., Deceased, Respondent. [997 NYS2d 645]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered December 3, 2012. The order, among other things, determined that the Estate of David G. Jay, Esq. is entitled to one third of the counsel fees received by the law firm of HoganWillig and/or Steven M. Cohen, Esq., in this action.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5511; *Field v New York City Tr. Auth.*, 4 AD3d 389 [2004]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.